UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

11 OCT 17 PM 2: 57

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| SUSAN FINLEY, Individually and on behalf of ROBERT FINLEY, deceased,<br><br>Plaintiff,<br><br>-vs-<br><br>MEMORIAL HOSPITAL OF SOUTH BEND, INC., DAVID HALPERIN, M.D., SOUTH BEND EMERGENCY PHYSICIANS, INC., CHRISTOPHER EVANSON, M.D., AND MERIDIAN SURGICAL GROUP, INC.,<br><br>Defendants. | Case No.:<br><br>1:11-cv-1390 RLY-DML |

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The plaintiff, for her Complaint for Damages against the defendants, alleges and states that:

1. The plaintiff, Susan Finley, is the widow of Robert Finley, deceased. She is a resident of Michigan.

2. At the time of this incident, the defendants were qualified health care providers under Indiana's Medical Malpractice Act. The defendants are all residents of Indiana. This case has been presented to a medical review panel. A copy of the opinion is attached as Exhibit A.

3. The amount in controversy exceeds $75,000.00. Jurisdiction is based on diversity of citizenship pursuant to U.S.C. §1332.

4. Robert Finley was under the care and treatment of the defendants in March 2007.

5. At all relevant times, the defendant, Dr. David Halperin, was an employee and/or

agent of defendant, South Bend Emergency Physicians, Inc., and was acting within the course and scope of his employment.

6. At all relevant times, the defendant, Dr. David Halperin, was an apparent employee and/or agent of the defendant, South Bend Memorial Hospital, Inc., and was acting within the course and scope of his employment.

7. At all relevant times, the defendant, Dr. Christopher Evanson, was an employee and/or agent of defendant, Meridian Surgical Group, Inc., and was acting within the course and scope of his employment.

8. The defendants were negligent in their care and treatment of Robert Finley, causing his death.

9. As a result of the defendants' negligence, the plaintiff, Susan Finley, has lost the love, care, affection, and services of her husband, Robert Finley. In addition, she has incurred medical expenses and funeral and burial expenses.

10. As a result of the defendants' negligence, the plaintiff has been damaged.

**WHEREFORE**, plaintiff prays for damages in an amount sufficient to compensate her fully and fairly for her injuries, costs of this action, trial by jury, and all other just and proper relief.

Respectfully submitted,

FINDLING PARK & ASSOCIATES, P.C.

_____
Mary A. Findling
Attorney No. 10817-49

135 North Pennsylvania, Suite 1150
Indianapolis, IN 46204
Telephone: 317-452-4140
Facsimile: 317-231-1106

MICHAEL J. WOODY, P.C.

_____
Michael J. Woody
Attorney No.: 21276-49

543 East Market Street
Indianapolis, IN 46204
Telephone: 317-423-2902
Facsimile: 317-423-2922

## DEMAND FOR TRIAL BY JURY

Plaintiff, Susan Finley, by counsel, demands trial by jury.

Respectfully submitted,

FINDLING PARK & ASSOCIATES, P.C.

_____
Mary A. Findling
Attorney No. 10817-49

135 North Pennsylvania, Suite 1150
Indianapolis, IN 46204
Telephone: 317-452-4140
Facsimile: 317-231-1106

MICHAEL J. WOODY, P.C.

_____
Michael J. Woody
Attorney No.: 21276-49

543 East Market Street
Indianapolis, IN 46204
Telephone: 317-423-2902
Facsimile: 317-423-2922