UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SUSAN FINLEY, Individually and on Behalf of ROBERT FINLEY, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HALPERIN, M.D., and SOUTH BEND EMERGENCY PHYSICIANS, INC.,<br><br>Defendants. | CASE NO. 1:11-cv-1390 DML-RLY |

## VERDICT FORM

We, the Jury, find for the Defendants David Halperin, M.D. and South Bend Emergency Physicians, Inc. and against Plaintiff Susan Finley.

Dates: MARCH 11, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SUSAN FINLEY, Individually and on Behalf of ROBERT FINLEY, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> DAVID HALPERIN, M.D., and SOUTH BEND EMERGENCY PHYSICIANS, INC., <br><br> Defendants. | CASE NO. 1:11-cv-1390 DML-RLY |

## **VERDICT FORM**

We, the Jury, find for the Plaintiff, Susan Finley, and against the Defendants David Halperin, M.D. and South Bend Emergency Physicians, Inc.,

and find Plaintiff's damages are $_____.

Dates:_____          _____
                                                        Foreperson