UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SUSAN FINLEY Individually and on behalf of Robert Finley, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 1:11-cv-01390-DML-RLY ) |
| SOUTH BEND EMERGENCY PHYSICIANS, INC. and DAVID HALPERIN, M.D., | ) ) ) ) ) |
| Defendants. | ) |

## Judgment

The jury rendered its verdict on March 11, 2014. Accordingly, the Court now enters judgment according to Fed. R. Civ. P. 58, in favor of Defendants, South Bend Emergency Physicians and David Halperin, M.D., and against Plaintiff. Plaintiff shall take nothing by way of her Complaint.

So Ordered.

Date: 03/17/2014

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk
BY: ___*Philip A Gordon*___
Deputy Clerk, U.S. District Court

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system